**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 15-cr-00121-RM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. CANDICE L. WHITE,

 Defendant.

_____

**ORDER RESETTING TRIAL DATES**
_____

  This matter has been rescheduled for a **four-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **September 14, 2015 at 9:00 a.m.** On the first day of trial, counsel and pro se parties shall be present at **8:30 a.m.** It is

  ORDERED that a Trial Preparation Conference is set for **August 27, 2015 at 9:00 a.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

  The parties shall be prepared to address the following issues at the Trial Preparation Conference:

  1) jury selection;

  2) sequestration of witnesses;

  3) timing of presentation of witnesses and evidence;

4)	anticipated evidentiary issues;

5)	any stipulations as to fact or law; and

6)	any other issue affecting the duration or course of the trial.

DATED this 28th day of April, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge