**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 15-cr-00121-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CANDICE L. WHITE,

        Defendant.

---

### PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT
---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Candice L. White (ECF No. 36) pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 982(a)(2)(A).  The Court having read said Motion and being fully advised finds the following:

On March 24, 2015, the grand jury returned an Indictment charging defendant Candice L. White in Counts 1 through 39 with violations of 18 U.S.C. § 656.  The Indictment also sought forfeiture of all of the proceeds obtained by defendant Candice L. White as result of the offenses charged in Counts 1 through 39, pursuant to 18 U.S.C. § 982(a)(2)(A).  (Doc. 1).

On August 12, 2015, the United States and defendant Candice L. White entered into a Plea Agreement, which provides a factual basis and cause to issue a personal money judgment

pursuant to 18 U.S.C. 982(a)(2)(A) and Rule 32.2(b) of the Federal Rules of Criminal Procedure. (Doc. 33).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT $10,810.38 represents the proceeds defendant Candice L. White obtained through commission of the offenses in Counts 3 and 31, for which she has pleaded guilty.

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Candice L. White in the amount of $10,810.38 shall be entered in accordance with 18 U.S.C. § 982(a)(2)(A).

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to defendant Candice L. White at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

DATED this 17th day of August, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge